# HOUGHTALING
### LAW FIRM, LLC

---

Two Lakeway • 3850 North Causeway Blvd., Ste. 1090 • Metairie, Louisiana 70002
504.901.6767 (telephone) • 877.448.5339 (facsimile)

www.houghtalinglaw.com

| | |
|---|---|
| Brian J. Houghtaling, MBA | *Of Counsel* |
| brian@houghtalinglaw.com | Eric J. O'Bell |
| Licensed in LA | Licensed in LA and PA |

March 27, 2023

*Via Email* statefarmfireclaims@statefarm.com
State Farm Fire and Casualty Company
Attn: Teresa Bergh
PO Box 106169
Atlanta, GA 30348

| | | |
|---|---|---|
| RE: | *Our Client/Your Insured:* | *Ernest Schiro* |
| | *Claim No.:* | *18-24M5-16Z* |
| | *Policy No.:* | *18-39-4403-0* |
| | *Date of Loss:* | *August 29, 2021 (Ida)* |
| | *Property Location:* | *2831 Kabel Dr., New Orleans, LA 70131* |

Ms. Bergh:

As you are aware, we represent Ernest Schiro in the above-numbered claim against State Farm Fire and Casualty Company (hereinafter "State Farm") for the damage to his property located at 2831 Kabel Dr., New Orleans, LA 70131 as a result of Hurricane Ida. Mr. Schiro wishes to resolve this matter amicably, and we are eager to work with you to find a prompt and fair resolution to this claim. We believe that such a resolution is not only possible, but imminent. Please consider this our demand for additional payment. We evaluate Mr. Schiro's claim as follows:

**FACTS SURROUNDING THE CLAIM**

On or about August 29, 2021, Hurricane Ida came ashore southeast Louisiana as a deadly and destructive Category 4 (near 5) hurricane. It was the second-most damaging and intense hurricane to make landfall in the State of Louisiana on record, behind Hurricane Katrina in 2005. Hurricane Ida sustained winds of 150 mph and tied 2020's Hurricane Laura as the strongest on record in the state.[1]

Mr. Schiro's property was no exception to the area-wide devastation. As a result of the hurricane, his property sustained structural damage. At the time of the loss, our client's property was insured under State Farm's policy number 18-39-4403-0. Once Mr. Schiro discovered his property damage, he made an immediate claim with State Farm for his loss. State Farm sent adjuster Fabienne Nau out to Mr. Schiro's property on or about September 28, 2021. Thereafter, Fabienne denied Mr. Schiro's claim.

---

[1] *See* Data Call produced to the Louisiana Department of Insurance for Hurricane Ida, attached hereto as Exhibit 1.

**EXHIBIT C**

Thereafter, State Farm adjuster Teresa Bergh conducted a desk review of the initial damage estimate. On or about September 7, 2022, Ms. Bergh returned an insufficient estimate in the following amounts:

| Coverage A – Dwelling | | |
|---|---|---|
| | RCV | $6,937.39 |
| | Deductible | ($4,440.00) |
| | Prior Payment | ($1,950.15) |
| | Net Claim | $547.24 |
| Coverage A – Other Structures | | |
| | RCV | $3,010.29 |
| | Depreciation | ($275.44) |
| | Deductible | ($0.00) |
| | Net Claim | $2,734.85 |

Upon realizing that the level of damage to the property was beyond the scope that State Farm had estimated, our client retained Reliant Consultants Inc. (hereinafter "Reliant") to prepare a report itemizing the actual damages that the property sustained. Reliant inspected the property and found that, at a minimum, the cost to bring the residence to its pre-storm condition is $47,602.09 for Coverage A-Dwelling and $8,650.23 for Coverage A-Other Structures.[2]

## APPLICABLE LAW

As you are well aware, Louisiana law is clear that an insurer has an affirmative duty to adjust claims fairly and promptly and that the insurer shall be liable for any damages resulting from a breach of this duty under LA. R.S. § 22:1973 (A) (2019) (*formally* LA. R.S. § 22:1220). Louisiana law is also clear that an insurer must act in good faith in adjusting a property damage claim. Failure to do so exposes an insurer to penalties and attorney's fees under LA. R.S. § 22:1892 (B)(1) (2019). In the present case, our client suffered losses to his property. It is undisputed that the damages sustained to our client's property occurred as a result of Hurricane Ida.

## DEMAND FOR PAYMENT

Due to the insufficient evaluation of covered damages, our client was forced to retain an expert to document the covered damages sustained to the residence as a result of the storm. The expert report prepared by Reliant, thoroughly examines the damage to the property and present a detailed itemization of the loss, all of which are covered under the policy. Unlike the estimate prepared by State Farm, Reliant used pricing models which account for post-storm increases in material and labor costs required for full and proper repair. Regarding the scope of damage to Mr. Schiro's property, State Farm failed to allow for the full cost of repairs in its estimate by often allowing only for patchwork repairs. Additionally, the post-storm evidence clearly shows that Mr. Schiro's property suffered structural damages.

Mr. Schiro should have been able to promptly bring his property back to pre-storm condition. Due to undeniable underpayment on this claim, Mr. Schiro requires immediate additional payment to compensate him for his loss. We request additional payment on this claim for Mr. Schiro's Hurricane Ida loss, as follows:

---

[2] *See* Reliant's report, attached hereto as Exhibit 2.

| | | |
|---|---|---|
| Coverage A – Dwelling | Reliant Report | $47,602.09 |
| | Prior Payment | ($2,497.39) |
| | **Amount Due** | **$45,104.70** |
| Coverage A – Other Structures | Reliant Report | $8,650.23 |
| | Prior Payment | ($2,734.85) |
| | **Amount Due** | **$5,915.38** |
| | Total all coverages | $51,020.08 |
| | Penalties (50%) | $25,510.04 |
| | Atty Fees (33.33%) | $25,507.49 |
| | **Net Claim** | **$102,037.61** |
| | **Expert Cost** | **$1,500.00** |
| | **Total Due** | **$103,537.61** |

Accordingly, Mr. Schiro is formally requesting payment in the above referenced amount for his Hurricane Ida loss. It is our wish, as well as our client's that we attempt to <u>fully</u> resolve these claims fairly and expeditiously.

Sincerely,

Brian J. Houghtaling

BJH/ba
Enclosures

cc: Pat DeRouen/Chad Primeaux (via email)

# Hurricane Ida
## Landfall August 29, 2021
### Losses Reported by Line as of 12/31/2021

| Line of Business | Claims Reported | Claims Closed with Payment | Claims Closed without Payment | Percentage Reported Claims Closed | Percentage Reported Claims Closed with Payment | Paid Loss | Paid + Reserves on Reported Claims |
|---|---|---|---|---|---|---|---|
| Residential Property | 339,193 | 198,273 | 87,783 | 84% | 58% | $ 4,646,796,408 | $ 5,550,113,546 |
| Personal Auto | 50,871 | 40,726 | 6,140 | 92% | 80% | $ 311,339,016 | $ 347,403,824 |
| Private Flood | 605 | 240 | 215 | 75% | 40% | $ 15,642,723 | $ 30,885,366 |
| Commercial Property | 26,885 | 8,295 | 5,247 | 50% | 31% | $ 1,219,051,267 | $ 3,720,771,522 |
| Commercial Auto | 802 | 527 | 121 | 81% | 66% | $ 10,254,376 | $ 11,671,414 |
| Business Interruption | 4,022 | 1,873 | 788 | 66% | 47% | $ 125,213,729 | $ 497,248,505 |
| All Other Lines of Business | 12,255 | 9,200 | 1,310 | 86% | 75% | $ 137,868,134 | $ 332,132,317 |
| Statewide, All Lines Combined | 434,633 | 259,134 | 101,604 | 83% | 60% | $ 6,466,165,653 | $ 10,490,226,493 |

# Hurricane Ida
## Landfall August 29, 2021
### Losses Reported by Parish (all lines combined) as of 12/31/2021

| Parish | Claims Reported | Claims Closed with Payment | Claims Closed without Payment | Percentage Reported Claims Closed | Percentage Reported Claims Closed with Payment | Paid Loss | Paid + Reserves on Reported Claims |
|---|---|---|---|---|---|---|---|
| Acadia | 61 | 30 | 20 | 82% | 49% | $ 2,434,397 | $ 3,237,887 |
| Allen | 26 | 16 | 7 | 88% | 62% | $ 566,900 | $ 948,871 |
| Ascension | 17,007 | 10,754 | 4,130 | 88% | 63% | $ 170,763,421 | $ 223,595,571 |
| Assumption | 1,744 | 1,212 | 341 | 89% | 69% | $ 13,376,089 | $ 15,765,438 |
| Avoyelles | 82 | 46 | 25 | 87% | 56% | $ 803,098 | $ 1,063,748 |
| Beauregard | 26 | 13 | 9 | 85% | 50% | $ 144,673 | $ 365,601 |
| Bienville | 8 | 5 | 3 | 100% | 63% | $ 18,782 | $ 18,782 |
| Bossier | 61 | 24 | 24 | 79% | 39% | $ 97,601 | $ 797,410 |
| Caddo | 144 | 57 | 53 | 76% | 40% | $ 401,131 | $ 4,613,774 |
| Calcasieu | 179 | 77 | 69 | 82% | 43% | $ 2,097,735 | $ 2,737,892 |
| Caldwell | 19 | 15 | 3 | 95% | 79% | $ 195,145 | $ 356,643 |
| Cameron | 4 | 1 | 1 | 50% | 25% | $ 53,159 | $ 53,159 |
| Catahoula | 25 | 14 | 4 | 72% | 56% | $ 239,343 | $ 706,773 |
| Claiborne | 9 | 8 | 1 | 100% | 89% | $ 55,056 | $ 55,736 |
| Concordia | 41 | 26 | 13 | 95% | 63% | $ 183,953 | $ 198,621 |
| DeSoto | 19 | 6 | 11 | 89% | 32% | $ 12,569 | $ 47,497 |
| East Baton Rouge | 19,287 | 10,018 | 7,296 | 90% | 52% | $ 130,276,068 | $ 198,655,751 |
| East Carroll | 33 | 30 | 2 | 97% | 91% | $ 484,021 | $ 896,263 |
| East Feliciana | 535 | 320 | 159 | 90% | 60% | $ 3,024,904 | $ 3,516,139 |
| Evangeline | 40 | 29 | 7 | 90% | 73% | $ 900,257 | $ 1,966,700 |
| Franklin | 41 | 23 | 9 | 78% | 56% | $ 535,682 | $ 1,411,152 |
| Grant | 14 | 7 | 6 | 93% | 50% | $ 59,596 | $ 61,646 |
| Iberia | 166 | 93 | 43 | 82% | 56% | $ 1,975,030 | $ 5,626,239 |
| Iberville | 838 | 488 | 239 | 87% | 58% | $ 5,202,788 | $ 65,328,789 |
| Jackson | 10 | 6 | 3 | 90% | 60% | $ 20,008 | $ 20,692 |
| Jefferson | 98,912 | 58,670 | 24,505 | 84% | 59% | $ 1,265,648,773 | $ 1,900,154,464 |
| Jefferson Davis | 38 | 18 | 6 | 63% | 47% | $ 448,095 | $ 1,330,450 |
| La Salle | 3 | 3 | - | 100% | 100% | $ 96,084 | $ 96,084 |
| Lafayette | 377 | 179 | 94 | 72% | 47% | $ 3,874,503 | $ 7,100,597 |
| Lafourche | 30,548 | 20,283 | 4,303 | 80% | 66% | $ 744,260,524 | $ 1,094,645,927 |
| Lincoln | 27 | 11 | 9 | 74% | 41% | $ 133,789 | $ 158,435 |
| Livingston | 14,776 | 9,799 | 3,122 | 87% | 66% | $ 180,494,581 | $ 213,622,735 |
| Madison | 33 | 22 | 8 | 91% | 67% | $ 602,875 | $ 1,029,351 |
| Morehouse | 63 | 37 | 17 | 86% | 59% | $ 913,203 | $ 2,305,484 |
| Natchitoches | 38 | 19 | 13 | 84% | 50% | $ 622,644 | $ 954,611 |
| Orleans | 70,443 | 37,548 | 20,751 | 83% | 53% | $ 789,303,733 | $ 1,503,650,692 |
| Ouachita | 153 | 79 | 57 | 89% | 52% | $ 1,326,019 | $ 1,507,965 |
| Plaquemines | 3,792 | 2,260 | 1,052 | 87% | 60% | $ 53,511,757 | $ 114,902,290 |
| Pointe Coupee | 151 | 82 | 50 | 87% | 54% | $ 1,354,399 | $ 1,505,328 |
| Rapides | 149 | 77 | 46 | 83% | 52% | $ 1,139,744 | $ 1,804,398 |
| Red River | 3 | 2 | 1 | 100% | 67% | $ 11,508 | $ 11,508 |
| Richland | 61 | 47 | 10 | 93% | 77% | $ 1,425,779 | $ 2,409,293 |
| Sabine | 23 | 16 | 5 | 91% | 70% | $ 218,406 | $ 452,195 |
| St. Bernard | 5,395 | 2,985 | 1,816 | 89% | 55% | $ 36,787,013 | $ 58,420,223 |
| St. Charles | 20,619 | 12,612 | 2,505 | 73% | 61% | $ 515,539,692 | $ 1,019,268,962 |
| St. Helena | 743 | 493 | 144 | 86% | 66% | $ 8,064,977 | $ 9,685,641 |
| St. James | 8,170 | 5,740 | 953 | 82% | 70% | $ 144,512,244 | $ 207,324,882 |
| St. John The Baptist | 20,510 | 13,582 | 2,364 | 78% | 66% | $ 468,102,338 | $ 671,343,708 |
| St. Landry | 142 | 77 | 47 | 87% | 54% | $ 853,209 | $ 1,121,759 |
| St. Martin | 58 | 34 | 17 | 88% | 59% | $ 250,213 | $ 300,034 |
| St. Mary | 566 | 317 | 165 | 85% | 56% | $ 3,088,977 | $ 5,681,039 |
| St. Tammany | 39,571 | 20,889 | 13,700 | 87% | 53% | $ 334,010,834 | $ 445,720,918 |
| Tangipahoa | 25,661 | 16,206 | 5,553 | 85% | 63% | $ 342,003,534 | $ 449,987,965 |
| Tensas | 18 | 9 | 4 | 72% | 50% | $ 268,578 | $ 329,041 |
| Terrebonne | 43,582 | 28,911 | 5,444 | 79% | 66% | $ 1,054,971,582 | $ 1,530,032,238 |
| Union | 16 | 11 | 5 | 100% | 69% | $ 65,094 | $ 70,021 |
| Unknown | 6,303 | 2,931 | 1,415 | 69% | 47% | $ 153,901,310 | $ 679,315,184 |
| Vermilion | 81 | 33 | 22 | 68% | 41% | $ 749,975 | $ 2,659,451 |
| Vernon | 70 | 44 | 22 | 94% | 63% | $ 328,723 | $ 354,507 |
| Washington | 2,480 | 1,423 | 701 | 86% | 57% | $ 19,527,711 | $ 23,697,347 |
| Webster | 11 | 5 | 5 | 91% | 45% | $ 86,614 | $ 127,457 |
| West Baton Rouge | 408 | 231 | 134 | 89% | 57% | $ 1,942,241 | $ 2,197,422 |
| West Carroll | 72 | 53 | 11 | 89% | 74% | $ 1,126,266 | $ 2,063,676 |
| West Feliciana | 141 | 74 | 48 | 87% | 52% | $ 567,734 | $ 716,506 |
| Winn | 7 | 4 | 2 | 86% | 57% | $ 108,970 | $ 119,935 |
| Statewide, All Lines Combined | 434,633 | 259,134 | 101,604 | 83% | 60% | $ 6,466,165,653 | $ 10,490,226,493 |